■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property as a Site for the New Harlem Hospital. FINERMAN'S PHARMACY, INC., Appellant; EVIAM HOLDING CORP. et al., Respond-

ents.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.